UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09cr747 JM |
| ) | |
| Plaintiff, ) | |
| v. ) | Order Granting Joint Motion to Continue |
| ) | Sentencing [Docket No. 24] |
| MARIA LUISA CARRANZA-AYON, ) | |
| ) | |
| Defendants. ) | |

  Upon the Joint Motion of the parties [Docket No. 24] and for good cause shown, the Sentencing Hearing currently scheduled before Judge Miller on May, 29, 2009 is hereby continued to ***June 26, 2009 at 9:00 a.m.***

  IT IS SO ORDERED.

DATED: May 27, 2009

                     _____
                     Hon. Jeffrey T. Miller
                     United States District Judge