# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### HONORABLE JUDGE JEFFREY T. MILLER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.09cr0747 JM |
| ) | |
| Plaintiff ) | ORDER GRANTING APPLICATION FOR |
| v. ) | INTERPRETER FEES FOR DEFENDANT |
| ) | CARRANZA [Docket No. 27] |
| Maria CARRANZA-Ayon ) | |
| ) | |
| Defendant ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that extraordinary expenses for interpreter fees by Maria Brower be ordered in the amount of **9.2** hours **($414.00)** over the initial $499.50 authorization.

SO ORDERED.

June 10, 2009

_____
Jeffrey T. Miller,
United States District Judge